CARL J. ORESKOVICH, WSBA 12779
Etter, McMahon, Lamberson,
Clary & Oreskovich, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
Telephone: (509)747-9100
Email: carl@ettermcmahon.com

Attorney for Shane Hurley and Generation Y Investments LLC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MERCHANT SERVICES DIRECT, LLC, a Washington Limited Liability Company, also dba SPHYRA, INC.; BOOST COMMERCE, INC., a Texas Corporation; GENERATION Y INVESTMENTS, LLC, a Washington Limited Liability Company; KYLE LAWSON DOVE, individually and as an officer of MERCHANT SERVICES DIRECT, LLC, BOOST COMMERCE, INC., and GENERATION Y INVESTMENTS, LLC; and SHANE PATRICK HURLEY, individually and as an officer of MERCHANT SERVICES DIRECT, LLC, BOOST COMMERCE, INC., and GENERATION Y INVESTMENTS, LLC,<br><br>Defendants. | 13-CV-00279-TOR<br><br>**DECLARATION OF JODI DINEEN** |

I, Jodi Dineen, declare under penalty of perjury as follows:

DECLARATION OF
JODI DINEEN - 1

1. I am over 18 years old and competent to testify herein. I am a paralegal at the law firm of Etter, McMahon, Lamberson, Clary & Oreskovich, P.C., and am working on the Federal Trade Commission case. On August 7, 2013, I was tasked with reviewing over 2100 pages of complaints we received from the Federal Trade Commission that were referenced in FTC Investigator Amy Brannon-Quale's declaration. I also reviewed BBB employee Kristopher Byrum's declaration and information from the BBB website.

2. I understand that Ms. Brannon-Quale has described 113 non-duplicative complaints. Of the 113 complaints, 60 were made to the BBB in Spokane and forwarded to the FTC. Stated differently, the FTC has only 53 separate complaints from the BBB.

DATED this 9th day of August, 2013.

*Jodi L. Dineen*
JODI L. DINEEN

DECLARATION OF
JODI DINEEN - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2013, I electronically filed the following documents:

**Declaration of Shane Hurley**

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Jennifer Larabee
915 Second Avenue, Suite 2896
Seattle, WA 98174
jlarabee@ftc.gov

Nadine Samter
915 Second Avenue, Suite 2896
Seattle, WA 98174
nsamter@ftc.gov

/s/Carl J. Oreskovich
CARL J. ORESKOVICH, WSBA 12779
ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com

Attorney for Shane Patrick Hurley

DECLARATION OF
JODI DINEEN - 3

ETTER, McMAHON, LAMBERSON,
CLARY & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100