1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MERCHANT SERVICES DIRECT, LLC, et al.,<br><br>　　　　　　　　　Defendants. | NO:  13-CV-0279-TOR<br><br>ORDER DISMISSING DEFENDANT GENERATION Y INVESTMENTS LLC WITH PREJUDICE |

BEFORE THE COURT is the parties' Motion to Dismiss Defendant Generation Y Investments (ECF No. 144).  Defendant Generation Y Investments LLC is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

//

//

ORDER DISMISSING DEFENDANT GENERATION Y INVESTMENTS LLC WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulated motion, all claims and causes of action against Defendant Generation Y Investments LLC are **DISMISSED** with prejudice.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and terminate Defendant Generation Y LLC as a party in this matter.

**DATED** October 28, 2014.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING DEFENDANT GENERATION Y INVESTMENTS LLC WITH PREJUDICE ~ 2