# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>*Plaintiff*<br>v.<br>MERCHANT SERVICES DIRECT LLC, et al.<br>*Defendant* | )<br>)<br>)  Civil Action No.  13-CV-0279-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Entry of Stipulations and Orders resolving all remaining claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE  on Stipulations and Orders as to Defendants Merchant Services Direct and Shane Hurley (ECF 146) and as to Defendants Boost Commerce and Kyle Lawson Dove (ECF 147).

Date:  November 25, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen